

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Damian Dajaun Squalls, Appellant

No. 06-23-00056-CR     v.

The State of Texas, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 114-0564-20). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment, bill of costs, and order to withdraw funds by subtracting $25.00, the amount of the "County Specialty Court Account" fee. The judgment, bill of costs, and order to withdraw funds are modified to show court costs of $326.50. As modified, we affirm the judgment of the trial court.

We note that the appellant, Damian Dajaun Squalls, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 15, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk